UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOOR AYESHA NH,<br><br>      Plaintiff,<br><br> v.<br><br>AHMED HUSSAIN NH, et al.<br><br>      Defendants. | CASE NO. 2:22-cv-01003-LK<br><br>ORDER OF DISMISSAL |

  This matter comes before the Court sua sponte. On September 12, 2022, the Court ordered Plaintiff to show cause why this case should not be dismissed without prejudice for lack of subject matter jurisdiction, lack of personal jurisdiction, failure to state a claim, and because she is pursuing similar actions in at least two other judicial districts. Dkt. No. 8 at 4. It warned Plaintiff that it would dismiss this case if she failed to respond within 30 days. *Id.*. Having received no response, the Court now DISMISSES the case without prejudice.

  The Clerk is directed to send uncertified copies of this Order to Plaintiff at her last known address.

ORDER OF DISMISSAL - 1

Dated this 31st day of October, 2022.

                                           *Lauren King*
                                           Lauren King
                                           United States District Judge

ORDER OF DISMISSAL - 2